**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 4:25-CR-5** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MAURICE WILLIAMS** | ) | |

## ORDER

On this 17th day of January 2025, comes before the Court for consideration a motion of the United States Attorney for the Southern District of Georgia for an order authorizing the correction of a scrivener's error. The Government seeks to correct a Count number associated with Document 1. After examining the motion and associated documents, the Court finds:

1. In the Indictment, Defendant is charged as follows: Count One: Illegal Possession of a Machinegun; Count Two: Possession with Intent to Distribute Controlled Substances; and Count Two: Possession of a Firearm in Furtherance of a Drug Trafficking Crime. The Indictment incorrectly refers to "Count Two" twice, instead of listing the final, separate offense as "Count Three." The Penalty Certification correctly identifies three separate counts.

2. An Order correcting the scrivener's error in the Indictment to reflect the final offense as "Count Three" is in the interest of orderly procedure.

3. The Defendant's rights are not affected by this change. This change affects form, not substance.

4. The Government shall file an amended Indictment and Penalty Certification as a stand-alone entry on the docket within ten days of this Order.

Therefore, it is ORDERED that the Government be permitted to correct the scrivener's error within the Indictment.

SO ORDERED, this 17th day of January 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA